**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

U.S. [illegible]
SAV[illegible]
2016 NOV -9 PM 2:49
CLERK
SO. DIST. OF GA.

CHRISTOPHER R. COLLINS,          )
                                 )
        Plaintiff,               )
                                 )
v.                               )          CASE NO. CV415-272
                                 )
CAROLYN W. COLVIN, Acting        )
Commissioner of Social Security, )
                                 )
        Defendant.               )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which no objections have been filed. After careful consideration of the record in this case, the Report and Recommendation is **ADOPTED** as the Court's opinion and the Commissioner's decision is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this *9th* day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA